OTTO H. DROEGE, as Receiver of the Property of ISIDOR HENRY, Appellant, v. EDWIN W. BAXTER et al., Respondents.

*Droege* v. *Baxter*, 69 App. Div. 58, affirmed.
(Argued May 5, 1902; decided May 20, 1902.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 21, 1902, which reversed an interlocutory judgment of Special Term overruling a demurrer to the complaint and sustained such demurrer.

The following is the question certified : " Does the complaint herein state facts sufficient to constitute a cause of action against the defendant herein ? "

*Otto H. Droege* and *Isaac V. Schavrien* for appellant.

*William J. Barr* for respondents.

Order affirmed, with costs, and question certified answered in the negative ; no opinion.

Concur : PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.